UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 05 B 12253
   JANET M MCDERMOTT
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-7782
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/01/05 and confirmed on 06/10/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 59400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MAZDA AMERICAN CREDIT | SECURED VEHIC | 7096.99 | 276.43 | 7096.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2396.41 | .00 | 2343.97 |
| BECKET & LEE LLP | UNSECURED | 3949.04 | .00 | 3819.98 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20955.57 | .00 | 20270.72 |
| CAPITAL ONE BANK | UNSECURED | 6924.51 | .00 | 6698.21 |
| ROUNDUP FUNDING LLC | UNSECURED | 3960.39 | .00 | 3830.96 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8499.62 | .00 | 8221.84 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM CREDIT CARD BAN | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 260.32 | .00 | 251.81 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7096.99 | .00 | 46945.86 | .00 | 54042.85 |
| PRINCIPAL PAID | 7096.99 | .00 | 45437.49 | .00 | 52534.48 |
| INTEREST PAID | 276.43 | .00 | .00 | .00 | 276.43 |
| TOTAL PAID | 7373.42 | .00 | 45437.49 | .00 | 52810.91 |

The Debtor's attorney, GREENBERG & ASSOC       , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   2569.09 .

Refunds to the Debtor totaled $   1320.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

    Dated: 03/13/09                             /S/
                                               GLENN STEARNS
                                               CHAPTER 13 TRUSTEE